IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IPPV Enterprises LLC, et al    )
                               )
                               )
         v.                    )    C.A. 99-577 KAJ
                               )
                               )
EchoStar Comm Corp., et al     )

O R D E R

This 6th day of May, 2005, it appearing that:

   1.  All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

   2.  The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

   3.  This case will be forwarded to the FARC after being held for the minimum period of six months.

   4.  During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

   5.  The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

NOW, therefore, **IT IS ORDERED** that:

1.   When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2.   On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3.   Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4.   Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5.   After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

_____
United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2005

**Rudolf E. Hutz**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: <u>IPPV Enterprises LLC, et al v. EchoStar Comm Corp., et al</u>
CA 99-577 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, ***we would like counsel to claim the sealed documents mentioned in the Order by June 1, 2005.*** Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

***If counsel does not claim the documents by the above date***, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court
By: /s/ John Palumbo
Deputy Clerk

Enc.

*REDACTED VERSION OF DOCKET SHEET*

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00577-KAJ
## Internal Use Only

IPPV Enterprises LLC, et al v. EchoStar Comm Corp., et al
Assigned to: Honorable Kent A. Jordan
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 08/26/1999
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**IPPV Enterprises LLC**     represented by **Rudolf E. Hutz**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Fax: (302) 658-5614
Email: rhutz@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MAAST Inc.**     represented by **Rudolf E. Hutz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EchoStar Communications Corp.**                    represented by **Donald F. Parsons, Jr.**
                                                                    Delaware Court of Chancery
                                                                    500 N. King Street
                                                                    Wilmington, DE 19801
                                                                    (302) 577-2444
                                                                    *TERMINATED: 10/14/2003*
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Karen Jacobs Louden**
                                                                    Morris, Nichols, Arsht & Tunnell
                                                                    1201 North Market Street
                                                                    P.O. Box 1347
                                                                    Wilmington, DE 19899
                                                                    (302) 658-9200
                                                                    Email: kjlefiling@mnat.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**NagraVision, S.A.**                                represented by **Donald F. Parsons, Jr.**
                                                                    (See above for address)
                                                                    *TERMINATED: 10/14/2003*
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Karen Jacobs Louden**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**NagraStar, L.L.C.**                                represented by **Donald F. Parsons, Jr.**
                                                                    (See above for address)
                                                                    *TERMINATED: 10/14/2003*
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Karen Jacobs Louden**
                                                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Irdeto BV**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/1999 | 20 | ANSWER to Complaint by EchoStar Comm Corp. {SEALED}. (ntl) (Entered: 12/27/1999) |
| 08/24/2000 | 68 | ANSWER and Counterclaim by EchoStar Comm Corp. to amended complaint {SEALED}. (ntl) (Entered: 08/29/2000) |
| 08/24/2000 | 69 | ANSWER and Counterclaim by NagraVision, S.A. (Attorney Donald F. Parsons Jr.) to amended complaint {SEALED}. (ntl) (Entered: 08/29/2000) |
| 08/24/2000 | 70 | ANSWER and Counterclaim by NagraStar, L.L.C. (Attorney Donald F. Parsons Jr.) to amended complaint {SEALED}. (ntl) (Entered: 08/29/2000) |
| 03/09/2001 | 107 | Opening Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. [106-1] motion for Summary Judgment on the three expired IPPV patents under 35 U.S.C. 287 {SEALED}. (ntl) (Entered: 03/12/2001) |
| 04/30/2001 | 123 | Answer Brief Filed by IPPV Enterprises LLC, MAAST Inc. [110-1] motion for Summary Judgment of non-infringement of '942 patent - Reply Brief due 5/7/01 {SEALED}. (ntl) (Entered: 05/01/2001) |
| 05/11/2001 | 128 | Opening Brief Filed by IPPV Enterprises LLC, MAAST Inc. in support of motion to exclude evidence based on dfts' failure to timely disclose information in discovery {SEALED}. (ntl) (Entered: 05/14/2001) |
| 06/04/2001 | 148 | Reply Brief Filed by IPPV Enterprises LLC, MAAST Inc. [129-1] motion to exclude evidence based on dfts' failure to timely disclose information in discovery {SEALED}. (ntl) (Entered: 06/04/2001) |
| 06/12/2001 | 161 | Answer Brief Filed by IPPV Enterprises LLC, MAAST Inc. [137-1] motion for Summary Judgment of invalidity of the '884 patent under the on-sale bar of 35 U.S.C. 102(b) - Reply Brief due 6/19/01 {SEALED}. (ntl) (Entered: 06/13/2001) |
| 06/18/2001 | 166 | Answer Brief Filed by IPPV Enterprises LLC, MAAST Inc. [153-1] motion to exclude the expert report and testimony of Stuart J. Lipoff {SEALED}. (ntl) (Entered: 06/18/2001) |

| 06/27/2001 | 184 | Answer Brief Filed by IPPV Enterprises LLC, MAAST Inc. [137-1] motion for Summary Judgment of invalidity of the '942 patent under the on-sale bar of 35 U.S.C. 102(b) {SEALED}. (ntl) (Entered: 06/28/2001) |
|---|---|---|
| 06/28/2001 | 186 | Exhibit 2 (Privilege Log) to Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. Appending [185-1] reply brief {SEALED}. (ntl) (Entered: 06/28/2001) |
| 07/09/2001 | 201 | Exhibit B to Letter Dated 7/9/01 to Judge McKelvie (D.I. 200) {SEALED}. (ntl) (Entered: 07/10/2001) |
| 08/27/2001 | 238 | MEMORANDUM by IPPV Enterprises LLC in support of [223-1] motion for enhanced damages {SEALED}. (ntl) (Entered: 08/28/2001) |
| 08/27/2001 | 243 | MEMORANDUM by IPPV Enterprises LLC in support of [218-1] motion for Attorney Fees per 35:285 {SEALED}. (ntl) (Entered: 08/28/2001) |
| 08/28/2001 | 244 | Opening Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. [227-1] motion for Judgment as a Matter of Law, [227-2] motion for New Trial {SEALED}. (ntl) (Entered: 08/28/2001) |
| 08/28/2001 | 245 | Appendix to Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. Appending [244-1] opening brief {SEALED}. (ntl) (Entered: 08/28/2001) |
| 09/17/2001 | 249 | Answer Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. [220-1] motion for Permanent Injunction prohibiting further infringement of '217 patent {SEALED}. (ntl) (Entered: 09/18/2001) |
| 09/18/2001 | 254 | Answer Brief Filed by IPPV Enterprises LLC, MAAST Inc. [227-1] motion for Judgment as a Matter of Law, [227-2] motion for New Trial {SEALED}. (ntl) (Entered: 09/18/2001) |
| 10/04/2001 | 263 | Reply Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. [227-1] motion for Judgment as a Matter of Law, [227-2] motion for New Trial {SEALED}. (ntl) (Entered: 10/04/2001) |
| 04/12/2002 | 285 | Exhibit A to Brief Filed by EchoStar Comm Corp., NagraVision, S.A., NagraStar, L.L.C. Appending [284-1] supplement to answer brief {SEALED}. (ntl) (Entered: 04/15/2002) |