# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

May 27, 2005



By Hand

U.S. District Court
District of Delaware
Clerk's Office
844 North King Street
Wilmington, DE 19801

Re: IPPV Enterprises LLC, et al. v. EchoStar Comm Corp., et al.
C.A 99-577-KAJ

Dear Mr. Palumbo:

As a follow-up to my voicemail on May 26, this letter is confirm that Morris, Nichols, Arsht and Tunnell would like to claim the following sealed docket items: 20, 68, 69, 70, 107, 186, 201, 244, 245, 249, 263 and 285.

Thank you for your attention to this matter.

Sincerely,

Denise Stitik
Denise Stitik
Litigation Paralegal