OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: IPPV Enterprises LLC, et al v. Echostar Comm Corp., et al
CA 99-577 KAJ

Dear Counsel:

Pursuant to the Order entered on 6th of May, 2005 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS: 20,68,69,70,107,186,201,244,245,249,263, and 285..

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 6/1/05.

_____
Signature