OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/2/05

**Rudolf E. Hutz**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

    RE:  **IPPV Enterprises LLC, et al v. Echostar Comm Corp, et al**
          CA 99-577 KAJ

Dear Counsel:

Pursuant to the Order entered on 6th of May, 2005 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:    123,128,148,161,166,184,238,243, and 254.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _/s/_

I hereby acknowledge receipt of the above mentioned documents on 6/2/05.

_Philip Casale_
Signature