# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

February 13, 2006

Rudolf E. Hutz, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
P.O. Box 2207  
Wilmington, DE 19899

<u>Re: IPPV v. Echostar, C.A. No. 99-577</u>

Dear Mr. Hutz,

    I am returning to you plaintiff IPPV's jury trial exhibits from July 2001 consisting of 1 box of materials. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**  
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 15, 2006.

_____  
Signature

2/15/06

/ntl